AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   TEXAS

UNITED STATES OF AMERICA
V.
Israel AVILA-Lopez

CRIMINAL COMPLAINT

Case Number: L-14-PO6731

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 07, 2014** in **Webb** County, in the **Southern** District of **Texas**   Israel AVILA-Lopez   defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Israel AVILA-Lopez, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on July 7, 2014

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/
Signature of Complainant

Gustavo Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 09, 2014                                                                    at   Laredo, Texas
Date                                                                                        City and State

Guillermo Garcia,   U.S. Magistrate Judge
Name and Title of Judicial Officer                                            Signature of Judicial Officer